FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 JUN 18 AM 10: 49

DISTRICT OF UTAH
MAIL

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

* * * * * * * *

| IN RE | ) | |
|---|---|---|
| | ) | Case No. 09-21585 RKM |
| BRETT PETERSEN | ) | Chapter 7 |
| | ) | |
| | ) | NOTICE OF PAYMENT OF |
| Debtor (s) | ) | FUNDS INTO THE REGISTRY |
| | ) | |
| | ) | |

* * * * * * * *

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On November 24, 2009, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The funds are on deposit with Bank of America, Account No. 4437223414.

4. The following checks which were issued as part of the final distribution remain unpaid, although more than ninety days have passed since final distribution was made under 11 U.S.C. § 726:

|  |  |
|---|---|
| Claim No.: | 4 |
| Claimant: | Wells Fargo Bank, N.A.<br>MAC 84101-08C<br>100 W. Washington St.<br>Phoenix, AZ 85003 |
| Claim Amount: | $46,722.37 |
| Distribution: | $1,062.12 |
| Claim No.: | 5 |
| Claimant: | Wells Fargo Bank, N.A.<br>MAC 84101-08C<br>100 W. Washington St.<br>Phoenix, AZ 85003 |
| Claim Amount: | $101,561.06 |
| Distribution: | $2,308.73 |
| Claim No.: | 6 |
| Claimant: | Wells Fargo Bank, N.A.<br>MAC 84101-08C<br>100 W. Washington St.<br>Phoenix, AZ 85003 |
| Claim Amount: | $22,802.32 |
| Distribution: | $518.35 |
| Claim No.: | 15 |
| Claimant: | JG Parkway Tower, LLC<br>c/o P. Matthew Cox<br>Snow, Christensen & Martineau<br>10 Exchange Place, 11th Floor<br>Salt Lake City, UT 84111 |
| Claim Amount: | $18,670.89 |
| Distribution: | $424.44 |

Notice is hereby given that, pursuant to 11 U.S.C. § 347(a), the Trustee has stopped payment on the foregoing checks and the balance of unclaimed funds in the amount of $4,313.64 are hereby paid into the Registry.

5. A check in the amount of $4,313.64 representing the foregoing unclaimed funds has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: Jun 15, 2010

J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 17th day of June, 2010:

WELLS FARGO BANK, N.A.
MAC S4101-08C
100 W. WASHINGTON ST.
PHOENIX, AZ 85003

JG PARKWAY TOWER, LLC
c/o P. MATTHEW COX
SNOW, CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE, 11TH FLOOR
SALT LAKE CITY, UT 84111

*Melanie Valderrama*